JOSHUA S. GOODMAN - State Bar #116576
PAIGE P. YEH - State Bar #229197
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone:  (415) 705-0400
Facsimile:  (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| **THOMAS R. MCCLEAN**, <br><br> Plaintiff, <br><br> vs. <br><br> **HOME DEPOT U.S.A., INC.**, <br><br> Defendants. | No. 2:08-CV-02235-LKK-KJM <br><br> **AMENDED STIPULATION FOR DISMISSAL** |

Pursuant to FED.R.CIV.PRO. 41(a)(ii) it is hereby stipulated and agreed that Plaintiff THOMAS R. MCCLEAN hereby voluntarily dismisses the above-captioned case with prejudice, in entirety, each party to bear their own costs.

DATED:  September 18, 2009          ZINK & LENZIATTORNEYS

                                    By:        /s/
                                    J.D. ZINK
                                    Attorneys for Plaintiff THOMAS R. MCCLEAN


DATED:  September 18, 2009          JENKINS GOODMAN NEUMAN
                                    & HAMILTON LLP

                                    By:        /s/
                                    JOSHUA S. GOODMAN
                                    Attorneys for Defendant HOME DEPOT U.S.A., INC.

**IT IS SO ORDERED.**

DATED:  September 24, 2009          LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

-1-

PDF created with pdfFactory trial version www.pdffactory.com